AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>TOMMY CHAVEZ<br>1469 S Highway 116<br>Belen, NM  87002<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.   23-po-00005-NRN |

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*1:54 pm, Jun 27, 2023*
**JEFFREY P. COLWELL, CLERK**

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❐ Indictment     ❐ Superseding Indictment     ☑ Information     ❐ Superseding Information     ❐ Complaint

❐ Probation Violation Petition     ❐ Supervised Release Violation Petition     ❐ Violation Notice     ❐ Order of Court

| Place: | UNITED STATES DISTRICT COURT<br>400 Rood Avenue, RM 323<br>Grand Junction, CO  81501 |
|---|---|
| Courtroom No.: | Room 323 |
| Date and Time: | 07/17/2023 9:00 am |

This offense is briefly described as follows:

36 C.F.R. § 4.23(a); 18 U.S.C. § 1865 (Driving under the influence of alcohol);
§ 42-4-1101(1), C.R.S.; 36 C.F.R. §4.2; 18 U.S.C. § 1865 (Speeding).

PLEASE NOTE:  This hearing will be VTC from a Denver Courtroom.

Date:   06/26/2023

*s/P. Kline, Deputy Clerk*
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk U.S. District Court
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons     ❐ Returned this summons unexecuted

Date:   6/27/2023

*Cosandra Foster*
*Server's signature*

Cosandra Foster - Paralegal
*Printed name and title*